IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DAWAYNE LEE TURNER,

    Plaintiff,  No. CIV S-11-622 EFB P

    vs.

KENNETH LLOYD ROSENFELD, et al.,

    Defendants.  <u>ORDER</u>

                                           /

    This civil rights action was closed on April 9, 2012. Dckt. No. 21. On May 1, 2012, plaintiff filed a motion for appointment of counsel. Dckt. No. 24. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

    So ordered.

DATED: May 11, 2012.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE